**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Joseph SPRADLIN, Defendant-Appellant.**

**No. 17-11629
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 10, 2018)

Colin P. McDonell, U.S. Attorney Service—Middle District of Florida, U.S. At-

torney's Office, Tampa, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Joseph Andrew Spradlin, Pro Se

Before WILLIAM PRYOR, NEWSOM and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Joseph Spradlin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Spradlin's convictions and sentences are **AFFIRMED**.